CARMELA CARAMAGNO SBN 139279
LAW OFFICES OF CARMELA CARAMAGNO
P.O. Box 1811
Lafayette, CA 94549
Telephone:  (510) 525-1001

Attorneys for Plaintiff
TERRYONN DESHANN PUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERRYONN DESHANN PUGH | CASE NO.: |
|---|---|
| Plaintiff, | **COMPLAINT FOR DAMAGES**<br>(42 U.S.C. Section 1983 and pendent tort claims) |
| v. | |
| CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his official capacity as police chief for the CITY OF ANTIOCH; TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH; STEVEN FORD, individually and in his official capacity as police chief for the CITY OF ANTIOCH; MATTHEW NUTT, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY WILLIAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official | **JURY TRIAL DEMANDED** |

Complaint
*Pugh v. City of Antioch et al.*
1

capacity as a police officer for the CITY OF ANTIOCH; CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN ADAMS, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; ROBERT GERBER individually and in his official capacity as a police officer for the CITY OF ANTIOCH; Officer MARCOTTE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-100, inclusive,

Defendants.

_____/

## INTRODUCTION

1. In the early 2000s, Black and brown people migrated away from east and west Oakland's urban sprawl, blight and oppressive policing. They relocated east to cities such as Tracy, Pittsburgh, and Antioch. They sought the imprimatur of authentic citizenship intrinsic in the greenery and rolling hills of those East Bay communities. Instead, these people were subjected to a systematic and intentional effort to repress their existence through discriminatory and violent policing. Victims of police violence complained about the conspiracy, spoken or unspoken, of abuse over the years. Their calls for justice and reform went unheard for years and years. On April 11, 2023, local media published certified proof of the depth of many Antioch Police Department Officers' bigotry, racism, willingness to falsify evidence, and their celebration of their own uses of unconstitutional and unreasonable force.

2. On March 28, 2023, the Office of the District Attorney of Contra Costa County

authored an investigative report detailing crimes of moral turpitude and criminal offenses committed by sworn law enforcement officers within the CITY OF ANTIOCH Police Department. From 2019-2022, Antioch police officers and sergeants exchanged hundreds of salacious text messages riddled with vile and offensive language about community members. In those text threads, officers bragged about using excessive force and beating arrest subjects so severely that the officers themselves hurt their hands and feet. The District Attorney's report detailed "derogatory, homophobic, and sexually explicit language and photographs shared by members of the Antioch Police Department that demonstrates their racial bias and animus towards African Americans and other people of color in the community." Over a period of at least four years, the Antioch Police Department officers regularly referred to citizens as "niggers," "niggas," "monkeys," "gorillas," "faggots," "water buffalos," "cunts," "pussies," "fat bitches," and more. Officers celebrated the violent targeting of Black community members ("we just ran down a monkey"; "I'm only stopping them cuz they black [sic]"; "I'll bury that nigger in my fields"; "I can't wait to forty all of them"). Furthermore, officers admitted to serious acts of lying and falsification ("we'll just say he refused to comply"; "I sometimes just say people gave me a full confession when they didn't. gets filed easier [sic]"). Appallingly, at least 45 officers participated in or were aware of this misconduct and did nothing.

3. The widespread abuse by large numbers of the Antioch Police Department population, detailed in the investigative report, highlights a pattern and practice of discriminatory law enforcement based on race and gender. Officers engaged in vile derogatory speech, physical mistreatment of community members, and violations of individual civil rights. The abuses in question were the product of a culture of intolerance within the CITY OF ANTIOCH Police Department. This culture is rooted in the

deliberate indifference of high ranking City officials, who have routinely acquiesced in the misconduct and otherwise failed to take necessary measures to curtail and prevent it. Despite the repeated and frequent nature of the misconduct and civil rights violations committed by its officers, high ranking CITY OF ANTIOCH officials failed to take any or appropriate remedial action. As a result, officers engaged in repeated and serious acts of misconduct and civil rights violations against citizens living, visiting, and/or traveling in Antioch.

4. Plaintiff, who experienced malicious treatment by Antioch Police Department officers during the time frame in which officers exchanged these text messages, recently discovered that the officers treatment of him was based in racial animus, misogyny, homophobia, and other offensive conduct. Plaintiff has reason to believe that each of his interactions with Antioch Police Department officers constituted numerous civil rights violations. Plaintiff is informed and believes and thereon alleges that said civil rights violations and/or misconduct included, but was not limited to, assaults, beatings, false arrests, unreasonable searches and seizures, intimidation, false imprisonment, malicious prosecution, denial of equal protection, racial discrimination, conspiracy to violate civil rights and/or other misconduct.

5. This is an action for damages brought pursuant to Title 42 U.S.C. §§ 1983 and 1988, and the Fourth Amendment to the United States Constitution. It is alleged that these violations were committed during the course and scope of the above-mentioned law enforcement officers' employment with the aforementioned government agencies and DOES 1-100.

**JURISDICTION AND VENUE**

6. This action arises under Title 42 of the United States Code, §§ 1981, 1983, and

1985. Title 28 of the United States Code, §§ 1331 and 1343 confers jurisdiction upon this Court. The unlawful acts and practices alleged herein occurred in California, which is within the judicial district of this Court. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendants are believed to reside in this district and all incidents, events, and occurrences giving rise to this action occurred in this district.

**PARTIES**

7. Plaintiff TERRYONN DESHANN PUGH ("PUGH") has been and is a resident of California and a United States Citizen. He brings this action on his own behalf. PUGH was arrested Defendant Officer ERIC ROMBOUGH on March 31, 2021. ROMBOUGH conspired with defendants to shoot plaintiff Pugh with 40m rubber bullets in the days leading up to Pugh's arrest. Defendant ROMBOUGH bragged about his conduct following plaintiff Pugh's arrest, took pictures of his injured buttocks while Pugh was in the hospital following the shooting, and sent the photograph to civilians in violation of Pugh's rights of privacy.

8. Defendant CITY OF ANTIOCH ("CITY") is an incorporated public entity duly authorized and existing as such in and under the laws of the State of California; and at all times herein mentioned, Defendant City has possessed the power and authority to adopt policies and prescribe rules, regulations and practices affecting the operation of the CITY OF ANTIOCH Police Department and its tactics, methods, practices, customs and usage. At all relevant times, Defendant CITY was the employer of Defendant OFFICERS, individually and as peace officers.

9. Defendant CITY POLICE CHIEF TAMMANY BROOKS ("BROOKS"), at all times mentioned herein, was employed by Defendant CITY as the Chief of Police for the CITY, from May 2017 through October 2021, and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as the Chief

of Police for the CITY. Plaintiffs allege Defendant BROOKS was aware of the openly racist conduct of the police officers he employed, their use of excessive force as set forth herein, the widespread acceptance within the Antioch Police Department of Unconstitutional actions by Antioch police officers as set forth in the instant Complaint, and failed to take any remedial measures, and tolerated, encouraged and ratified the repeated and widespread pattern and practice of  Unconstitutional actions by Defendant CITY OF ANTIOCH police officers as set forth herein.

10. Defendant CITY INTERIM POLICE CHIEF TONY MOREFIELD ("MOREFIELD"), at all times mentioned herein, was employed by Defendant CITY as the Interim Chief of Police for the CITY, from October 2021 through May 2022, and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as the Interim Chief of Police for the CITY. Plaintiff alleges Defendant MOREFIELD was aware of the openly racist conduct of the police officers he employed, their use of excessive force as set forth herein, the widespread acceptance within the Antioch Police Department of Unconstitutional actions by Antioch police officers as set forth in the instant Complaint, and failed to take any remedial measures, and tolerated, encouraged and ratified the repeated and widespread pattern and practice of Unconstitutional actions by Defendant CITY OF ANTIOCH police officers as set forth herein.

11. Defendant CITY POLICE CHIEF STEVEN FORD ("FORD"), at all times mentioned herein, was employed by Defendant CITY as the Chief of Police for the CITY, from May 2022 through present, and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as the Chief of Police for the CITY. Plaintiff alleges Defendant FORD was aware of the openly racist conduct of the police officers he employed, their use of excessive force as set forth

herein, the widespread acceptance within the Antioch Police Department of Unconstitutional actions by Antioch police officers as set forth in the instant Complaint, and failed to take any remedial measures, and tolerated, encouraged and ratified the repeated and widespread pattern and practice of Unconstitutional actions by Defendant CITY OF ANTIOCH police officers as set forth herein.

12. Defendant OFFICER ERIC ROMBOUGH ("ROMBOUGH") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. ROMBOUGH was involved in the unlawful arrest of Plaintiff and the use of excessive force during that arrest. ROMBOUGH is also a key participant in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants. ROMBOUGH sent text messages to other Antioch officers in which he referred to Black people as "niggers," "niggas," "gorillas," and "monkeys." On other occasions, ROMBOUGH boasted about "violating civil rights" and "only stopping [people] cuz they black [sic]." ROMBOUGH'S actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers, including Officer ROMBOUGH, acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiffs named herein.

13. Defendant OFFICER ROBERT GERBER ("GERBER") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. GERBER is implicated in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police

Department officers and sergeants. GERBER sent text messages containing photos of gorillas and referring to Black people as "fag[s]" to other Antioch officers. GERBER also received numerous hateful text messages from his fellow CITY OF ANTIOCH police officers about Black people, calling them "gorillas," "niggers," "monkeys," and using other targeted slurs to refer to subjects (i.e.: "faggot," "pussies," "cunt," "fat bitch"). Furthermore, GERBER was a recipient of texts in which Defendant Officers bragged about "violating civil rights," "only stopping [people] cuz they black [sic]," and "sometimes just say[ing] people gave me a full confession when they didn't." Defendant's actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiffs named herein.

14. Defendant MATTHEW NUTT (NUTT) at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. NUTT is implicated in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants.  NUTT received numerous hateful text messages from his fellow CITY OF ANTIOCH police officers about Black people, calling them "gorillas," "niggers," "monkeys," and using other targeted slurs to refer to subjects (i.e.: "faggot," "pussies," "cunt," "fat bitch"). Furthermore, NUTT was a recipient of texts in which Defendant Officers bragged about "violating civil rights," "only stopping [people] cuz they black [sic]," and "sometimes just say[ing] people gave me a full confession when they didn't." Despite being a direct witness to this behavior, NUTT never intervened nor reported it to supervisors.

15. Defendant OFFICER MORTEZA AMIRI ("AMIRI") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. AMIRI is a key participant in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants. AMIRI sent texts to other Antioch officers in which he referred to Black people as "gorillas" and "pussies." He also admitted to serious offenses of falsification, claiming: "I sometimes just say people gave me a full confession when they didn't. gets filed easier [sic]." AMIRI'S actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers, including Officer AMIRI, acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

16. Defendant OFFICER SCOTT DUGGAR ("DUGGAR") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. DUGGAR is a key participant in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants. DUGGAR sent text messages to other Antioch officers in which he referred to Black people as "niggas." DUGGAR'S actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers, including Officer DUGGAR, acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This

conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

17. Defendant OFFICER TIMOTHY MANLY WILLIAMS ("MANLY WILLIAMS") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. MANLY WILLIAMS is implicated in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants. MANLY WILLIAMS received numerous hateful text messages from his fellow CITY OF ANTIOCH police officers about Black people, calling them "gorillas," "niggers," "monkeys," and using other targeted slurs to refer to subjects (i.e.: "faggot," "pussies," "cunt," "fat bitch"). Furthermore, MANLY WILLIAMS was a recipient of texts in which Defendant Officers bragged about "violating civil rights," "only stopping [people] cuz they black [sic]," and "sometimes just say[ing] people gave me a full confession when they didn't." Despite being a direct witness to this behavior, MANLY WILLIAMS never intervened nor reported it to supervisors. Defendant's actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

18. Defendant OFFICER THOMAS SMITH ("THOMAS SMITH") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. THOMAS SMITH is a key participant in the District Attorney's investigation into the discriminatory text messages

sent among Antioch Police Department officers and sergeants. THOMAS SMITH sent text messages to other Antioch officers in which he referred to Black people as "niggas" and to women as "bitches." Defendant's actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

19. Defendant OFFICER JONATHAN ADAMS ("ADAMS") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. ADAMS is a key participant in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants. ADAMS sent text messages to other Antioch officers in which he referred to Black people as "niggers" and joked about all Black people looking the same. Defendant's actions are emblematic of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

20. Defendant OFFICER CALVIN PRIETO ("PRIETO") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. PRIETO is a key participant in the District Attorney's investigation into the discriminatory text messages sent among Antioch Police Department officers and sergeants. PRIETO sent text messages to other Antioch officers

in which he referred to Black people as "niggas" and to women as "bitches." Defendant's actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert to promote racial discrimination by officers within the ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

21. Defendant OFFICER ANDREA RODRIGUEZ ("RODRIGUEZ") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. She is being sued individually and in her official capacity as an OFFICER of the CITY. RODRIGUEZ is a key subject of the District Attorney's investigation into the discriminatory text messages sent amongst Antioch Police Department officers and sergeants. RODRIGUEZ sent text messages agreeing to target Black people for traffic citations, stating that it "will be easy" and "a good time." Defendant's actions are emblematic of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert with one another to patrol and effectuate arrests in the CITY OF ANTIOCH in a racially discriminatory manner. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

22. Defendant OFFICER BROCK MARCOTTE ("MARCOTTE") at all times mentioned herein, was employed by Defendant CITY as an OFFICER of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as an OFFICER of the CITY. MARCOTTE was involved in the arrest of Plaintiff PUGH. Defendant's actions are indicative of the conspiracy between the officers at the Antioch Police Department. Antioch Police Department officers acted in concert to promote racial discrimination by officers within the

ANTIOCH police department. This conspiracy between the officers directly lead to the damages suffered by the Plaintiff named herein.

23. Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 100 inclusive, and therefore sue these defendants by such fictitious names. Plaintiff is informed and believes and thereon allege that each defendant so named is responsible in some manner for the injuries and damages sustained by Plaintiff as set forth herein. Plaintiff will amend this Complaint to state the names and capacities of DOES 1-100, inclusive, when they have been ascertained.

**FACTUAL ALLEGATIONS**

24. Plaintiff is informed and believes and thereon alleges that DEFENDANTS NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and each of them, individually and/or acting in concert with one another, as well as other CITY OF ANTIOCH Police Officers (Does 1-100) engaged in a repeated pattern and practice of civil rights violations and other misconduct against citizens living, traveling, or visiting the Antioch neighborhoods where they were assigned. Plaintiff is likely to suffer a recurrence of the alleged violations of civil rights, or similar violation of civil rights, committed by police officers employed by Defendant CITY OF ANTIOCH.

25. Plaintiff is further informed and believes and thereon alleges that said civil rights violations and/or misconduct included, but was not limited to, assaults, beatings, false arrests, unreasonable searches and seizures, intimidation, false imprisonment, falsifying reports, denial of equal protection, racial discrimination, conspiracy to violate civil rights and/or other misconduct.

26. Plaintiff is further informed and believes and thereon alleges that said misconduct included, but was not limited to, subjecting people living, visiting, and/or

Complaint
*Pugh v. City of Antioch et al.*
13

traveling in Antioch neighborhoods to disparate treatment because of their race and/or gender. As a result, Plaintiff and persons similarly situated to him, were subjected to unequal treatment, civil rights violations, and other misconduct by DEFENDANTS NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and/or CITY OF ANTIOCH police officers (Does 1-100).

27. Plaintiff is further informed and believes and thereon alleges that despite the repeated and frequent nature of the misconduct and civil rights violations committed by Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and DOES 1-100, high ranking CITY OF ANTIOCH officials and/or police department supervisors, including but not limited to, BROOKS, MOREFIELD, FORD, EVANS, BLEDSOE, DOES 1-100, and each of them, individually and/or acting in concert with one another, failed to take any or appropriate remedial action prior to the subject incidents involving the Plaintiff. As a result, DEFENDANTS engaged in repeated and serious acts of misconduct and civil rights violations against citizens living, visiting, and/or traveling in Antioch.

28. Plaintiff is informed and believes and thereon alleges that as a matter of official policy—rooted in an entrenched posture of deliberate indifference to the constitutional rights of black and brown people who live, visit, and/or travel within Antioch in particular—Defendant CITY OF ANTIOCH has long allowed Plaintiffs and persons similarly situated to them, to be abused by its police officers, including by DEFENDANTS NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and/or other CITY OF ANTIOCH Police Officers (DOES-100).

29. Plaintiff is informed and believes and thereon alleges that plaintiff suffered the violation of his constitutional rights as a result of customs, policies, patterns and/or practices of Defendant CITY OF ANTIOCH, Defendants BROOKS, MOREFIELD, FORD, DOES 1-100, and each of them, including, but not limited to, deliberate indifference in the hiring, supervision, training, and discipline of members of the Antioch Police Department, including Defendant NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and/or DOES 1-100, and/or each of them.

<b>TERRYONN PUGH - MARCH 2021 INCIDENT</b>

30. In March 2021, multiple Antioch Police Department officers, including ERIC ROMBOUGH, arrested PUGH for attempted murder. During the arrest, ERIC ROMBOUGH brutally shot Mr. PUGH with a 40mm rubber bullet. On April 11, 2023, PUGH discovered that CITY officer ROMBOUGH texted about him during the time of his arrest.

31. On 3/20/2021, at 1: 20 p.m., APD Officer ROMBOUGH and Detective Gerber conspired to use excessive force on plaintiff. They engaged in the following text messaging:

On 3/20/2021, at 1: 20 p.m., APD Officer ROMBOUGH texted Detective Gerber, "Been checking ig not sure if terryon found his phone yet."

At 1:27p.m., Detective Gerber responded, "For sure thx brah. I bet he did."

On 3/21/2021, at 9:14a.m., APD Officer ROMBOUGH text APD Detective Gerber, "I haven't seen Pugh with his phone or updates on his ig. He's still posting."

At 9:15a.m., APD Detective Gerber responded, "Pugh is so screwed."

At 9:16 a.m., APD Detective Gerber added, "He better still have his phone, almost done with his affidavit."

At 9:16p.m., APD Officer ROMBOUGH responded, "Bro I can't wait to forty all of them ("forty" or "40" are references to the deployment of the 40mm less-lethal launcher)."

At 9:16p.m., APD Detective Gerber text, "Hell yeah."

At 9:44a.m., APD Officer ROMBOUGH text, "Looks like terryon is using trents ig".

At 9:50a.m., APD Detective Gerber texted, "I saw that he posted a quick live He better have his da.m.n phone."

At 9:54a.m., APD Officer ROMBOUGH text, "22 that I think he has it back I mix up all the number 2s igs."

32. On 3/29/2021, at 6:38 p.m., APD Officer ROMBOUGH and APD Detective Gerber continue texting during the investigation of plaintiff:

On 3/29/2021, at 6:38 p.m., APD Officer ROMBOUGH text APD Detective Gerber, "Not sure if this fag is with any of our targets or not but here u go."

At 6:54 p.m., APD Detective Gerber responded, "That fag is one of our four targets heh, he appears to be goin to la."

At 6:55p.m., APD Officer ROMBOUGH text, "Yeah I can't remember all their na.m.es just another number 2".

At 6:57p.m., APD Detective Gerber responded, "Hah facts."

33. Defendant OFFICER JOSH EVANS ("EVANS") at all times mentioned herein, was employed by Defendant CITY as a SERGEANT of the CITY and was acting within the course and scope of that employment. He is being sued individually and in his official capacity as a SERGEANT of the CITY OF ANTIOCH police department.

EVANS sent text messages about an unknown subject, detailing plans to "smash in and bite him, 40mm him, and call him a cunt." EVANS referred to Black people as "niggers" numerous times, and in discussing an unknown subject, he once stated: "I'm going to bury that nigger in my fields." His actions are indicative of the defendant officers acting in concert to promote racial bigotry and bias in the Antioch police department. These actions directly led to the damages of the Plaintiffs named herein.

34. On March 31, 2021, defendant ROMBOUGH carried out his plan, and shot plaintiff PUGH with a 40mm rubber bullet. ROMBOUGH and defendant EVANS exchanged text messages reveling in the injuries inflicted on plaintiff Pugh and Trent Allen. After sending a picture of Allen's injuries, defendants ROMBOUGH and EVANS engaged in the following text messaging:

At 3:41 p.m., APD Sgt. Josh EVANS replied, "Lol all of my favorite things." APD Officer ROMBOUGH texted, "Me too Brock salty and I in a backyard with no cameras lol."

At 6:22 p.m., APD Sgt. Josh EVANS texted, "40 pic?" APD Officer ROMBOUGH replied, "I'll send it in a few. I shot him in the ass bro" and "Fuck that guy." APD Sgt. Josh EVANS responded, "Lol, that's funny".

At 6:25p.m., APD Officer ROMBOUGH text, "Obviously wasn't complying."

At 7:21 p.m., APD Officer ROMBOUGH sent APD Sgt. Josh EVANS the following photo:



35. APD Officer ROMBOUGH also texted his wife XXXX after deploying the 40mm weapon for the second time that day. APD Officer ROMBOUGH sent Cassidy photos of both men (Allen and PUGH) and their injuries.

At 4:38 p.m., XXXX responded, "You got him in the neck?!"

At 4:43 p.m., APD Officer ROMBOUGH replied, "Yup and another faggot in the butt" and "2 for the day."

At 4:49 p.m., XXXX responded, "Nice babe."

At 7:21 p.m., APD Officer ROMBOUGH sent XXXX the following photo of Pugh:

At 7:25p.m., XXXX text, "Ouchie."

36. APD officer ROMBOUGH kept the 40mm bullets as trophies. APD officer MARCOTTE collected the 40mm ROMBOUGH used to shoot PUGH as a trophy for ROMBOUGH. They engaged in the following text messaging:

On 3/31/2021, at 7:30 a.m., APD Officer ROMBOUGH text APD Officer Brock Marcotte, "You take 40?"

At 7:31 a.m., APD Officer Marcotte responded, "Yep" and "Heading back now tho."

At 7:32 p.m., APD Officer ROMBOUGH text, "Coo."

At 7:59 a.m., APD Officer Marcotte text, "I'm out front". APD Officer ROMBOUGH

responded, "Copy."

At 9:11a.m., APD Officer ROMBOUGH text, "I can believe he says he has no pain to his back lol."

On other occasions, ROMBOUGH boasted about "violating civil rights" and "only stopping [people] cuz they black [sic]."

37. As a result, the text messages discovered in April 2023 imply that Antioch Police Department maliciously and unfairly targeted, brutalized, and prosecuted PUGH, and that Defendant Officers' behavior stemmed from the discriminatory and violent culture of the Antioch Police Department. Moreover, Mr. PUGH withstood humiliation and associated emotional distress corresponding to the text message scandal. Mr. PUGH suffered severe physical injuries caused by Defendant ROMBAUGH's use of excessive force.

38. Mr. PUGH has been incarcerated since his arrest and the use of excessive force by ROMBOUGH, tolling his statute of limitations.

**TERRYONN PUGH - NOVEMBER 2020 INCIDENT**

39. The incident took place on November 10, 2020. The time was approximately 11:00 A.M. The location was the Shell Gas Station located at 2838 Lone Tree Drive, Antioch, CA 94509. Antioch police officers CALVIN PRIETO, ANDREA RODRIGUEZ, MATTHEW NUTT and others assaulted PUGH. The arrest was motivated by racial animus.

40. On the above-date, Mr. PUGH was a passenger in the backseat of a parked car at a gas pump. Defendants PRIETO, Rodriquez and other officers pulled PUGH out of

the backseat. The slammed PUGH face-first to the ground, pulled his arm, kneed him in the neck, tased PUGH and placed him in a full body wrap device. During the incident, officers PRIETO and RODRIGUEZ and others used racially derogatory terms. The racial epithets included "the 'N' word".

41. As a result of the actions of PRIETO, RODRIGUEZ and other officers, Mr. PUGH was subjected to severe excessive force accompanied by extraordinary racist language that might be at home in the Southern culture depicted in the movie Mississippi Burning. Moreover, he suffered from wounds and bruises.

42. PUGH remains in custody at Martinez detention facility following a brief release, tolling his statute of limitations.

43. On March 27, 2023, the Contra Costa County District Attorney's office produced a report regarding racist text messages exchanged between Antioch police officers. In one entry, on June 10, 2020, PRIETO and RODRIGUEZ "blame[d] the blacks" for all the crime in the area. (Pg. 10 DA Report). In another entry, on September 9, 2020, PRIETO and RODRIGUEZ used text messages their plans to target specific groups, implying blacks and Latinos, for traffic citations. (Pg, 12 DA Report). The last page of the report provides data regarding PRIETO and RODRIGUEZ's arrest statistics between September 2020 and October 2020. (Pg. 20 DA Report). These statistics demonstrate that the officers targeted blacks and Latinos. The largest percentage of their arrests were of black people. This discrimination directly led to the wrongful arrest of PUGH. A true and correct copy of the report is attached as Exhibit "A". The report was released to defendant PUGH on or about April 11, 2023.

44. On March 28, 2023, the Contra Costa County District Attorney's office produced a report regarding racist text messages exchanged between Antioch police officers EVANS, ADAMS, DUGGAR, GERBER, T. SMITH, MARCOTTE, MANLY

WILLIAMS, ROMBOUGH, including those referenced in paragraphs 32-37 above, during the investigation and March 2021 arrest of PUGH. A true and correct copy of the report is attached as Exhibit "B". The report was released to defendant PUGH on or about April 11, 2023.

**CAUSES OF ACTION FOR PLAINTIFF TERRYONN PUGH**

**TERRYONN PUGH'S FIRST CAUSE OF ACTION**

**(42 U.S.C. § 1983 –Unreasonable Seizure)**

**(Plaintiff TERRYONN PUGH against Defendants EVANS, ADAMS, DUGGAR, GERBER, T. SMITH, MARCOTTE, MANLY WILLIAMS, ROMBOUGH, PRIETO, RODRIGUEZ, NUTT, and DOES 1 - 100)**

45. The foregoing allegations are realleged and incorporated herein.

46. In doing the acts complained of herein, Defendants EVANS, ADAMS, DUGGAR, GERBER, T. SMITH, MARCOTTE, MANLY WILLIAMS, ROMBOUGH, PRIETO, RODRIGUEZ, NUTT, and DOES 1 - 100), individually and/or while acting in concert with one another, did act under color of state law to deprive Plaintiffs as alleged heretofore of certain constitutionally protected rights, including, but not limited to:

a. The right to be free from unreasonable police use of force in violation of the Fourth Amendment;

b. The right to be free from unreasonable searches and seizures in violation of the Fourth Amendment.

c. The violation of defendant's rights of privacy in violation of the Fourth Amendment.

47. Said rights are substantive guarantees under the Fourth and/or Fourteenth Amendments to the United States constitution.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

Complaint
*Pugh v. City of Antioch et al.*
21

**TERRYONN PUGH'S SECOND CAUSE OF ACTION**

**(42 U.S.C. § 1981 – Bias)**

**(Plaintiff TERRYONN PUGH Against Defendants EVANS, ADAMS, DUGGAR, GERBER, T. SMITH, MARCOTTE, MANLY WILLIAMS, ROMBOUGH, PRIETO, RODRIGUEZ, NUTT, and DOES 1 - 100)**

48. The foregoing allegations are realleged and incorporated herein, as are the contents of Exhibits "A" and "B".

49. In doing the acts complained of herein, Defendants engaged in discriminatory conduct towards minority communities by subjecting them to civil rights violation and more frequent and aggressive policing than similarly situated individuals. These civil rights violations and/or misconduct included, but was not limited to, assaults, beatings, false arrests, unreasonable searches and seizures, intimidation, kidnapping, falsifying reports, denial of equal protection, racial discrimination, conspiracy to violate civil rights and/or other misconduct based on race and/or gender. As a result, Plaintiff and persons similarly situated to him, were subjected to unequal treatment, civil rights violations, and other misconduct by Defendants.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

**TERRYONN PUGH'S THIRD CAUSE OF ACTION**

**(42 U.S.C. § 1981 - Malicious Prosecution)**

**(Plaintiffs TERRYONN PUGH against EVANS, ADAMS, DUGGAR, GERBER, T. SMITH, MARCOTTE, MANLY WILLIAMS, ROMBOUGH, PRIETO, RODRIGUEZ, NUTT, and DOES 1 - 100)**

50. The foregoing allegations are realleged and incorporated herein, as are the contents of Exhibits "A" and "B".

51. Defendants maliciously prosecuted Plaintiff as stated herein. Defendants arrested Plaintiff without probable cause. The defendants brought claims against Plaintiff with subjective malice. Defendants used bias, including racial bias, gender bias, sexuality bias, bias against body-types, and/or religious bias in determining their decisions to prosecute Plaintiff, and/or fabricated evidence used to falsely justify the arrest that was otherwise without probable cause.

52. As a result of defendants actions, plaintiff was coerced to resolve the November 2020 incident against him. Plaintiff suffered damages due to the malicious prosecution brought on by the Defendants in this matter.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

**TERRYONN PUGH'S FOURTH CAUSE OF ACTION**

*Monell* **- 42 U.S.C. § 1983**

**(All Plaintiffs Against Defendants CITY, BROOKS, MOREFIELD, FORD, and DOES 1-100)**

53. The foregoing allegations are realleged and incorporated herein, as are the contents of Exhibits "A" and "B".

54. As against Defendant CITY OF ANTIOCH and/or Defendants BROOKS, MOREFIELD, FORD, BLEDSOE, and/or DOES 1-100 in their capacity as official policymaker(s) for the CITY OF ANTIOCH, the Plaintiff further alleges that the acts and/or omissions alleged in the Complaint herein are indicative and representative of a repeated course of conduct by members of the CITY OF ANTIOCH Police Department tantamount to a custom, policy, or repeated practice of condoning and tacitly encouraging the abuse of police authority, and disregard for the constitutional rights of citizens.

55. Plaintiff is informed and believes and thereon alleges that Defendants were

biased toward the public. Defendants demonstrated biased, including, but not limited to, bias toward the race, gender, and ethnicity of the Plaintiff. In doing the acts complained of herein, Defendants, and/or DOES 1-100, individually and/or while acting in concert with one another, engaged in a pattern and practice of discriminatory conduct towards minority communities by subjecting them to more frequent and aggressive policing than similarly situated individuals of a different race, gender, and sexual orientation, by using racial slurs, excessive force, and harassment tactics, and by denying them the same level of protection and services afforded to individuals of a different race. These civil rights violations and/or misconduct included, but was not limited to, assaults, beatings, false arrests, unreasonable searches and seizures, intimidation, kidnapping, falsifying reports, denial of equal protection, racial discrimination, conspiracy to violate civil rights and/or other misconduct based on race and/or gender.

56. Plaintiff is further informed and believes and thereon alleges that said misconduct included, but was not limited to, subjecting people living, visiting, and/or traveling in Antioch neighborhoods to disparate treatment because of their race and/or gender. As a result, Plaintiff and persons similarly situated to him, were subjected to unequal treatment, civil rights violations, and other misconduct by Defendants.

57. Plaintiff is informed and believe and thereon allege that as a matter of official policy—rooted in an entrenched posture of deliberate indifference to the constitutional rights of Black people who live, visit, and/or travel within Antioch in particular—Defendant CITY OF ANTIOCH has long allowed Plaintiffs and persons similarly situated to them, to be abused by its police officers, including by Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and/or other CITY OF ANTIOCH Police Officers (DOES-100).

58. Plaintiff is further informed and believe and thereon allege that despite the repeated and frequent nature of the misconduct and civil rights violations committed by Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and DOES 1-100, high ranking CITY OF ANTIOCH officials and/or police department supervisors, including but not limited to, BROOKS, MOREFIELD, FORD, EVANS, BLEDSOE, DOES 1-100, and each of them, individually and/or acting in concert with one another, failed to take any or appropriate remedial action prior to the subject incidents involving the Plaintiff. As a result, Defendants engaged in repeated and serious acts of misconduct and civil rights violations against citizens living, visiting, and/or traveling in Antioch.

59. Plaintiff is informed and believes and thereon alleges that plaintiff suffered the violation of their constitutional rights as a result of customs, policies, patterns and/or practices of Defendant CITY OF ANTIOCH, Defendants BROOKS, MOREFIELD, FORD, EVANS, BLEDSOE, DOES 1-100, and each of them, including, but not limited to, deliberate indifference in the hiring, supervision, training, and discipline of members of the Antioch Police Department, including Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and/or DOES 1-100, and/or each of them. Therefore, Plaintiffs also seek relief against the Defendants for their failure to take reasonable steps to prevent and remedy the discriminatory conduct of its officers.

60. Plaintiff further alleges that the conduct of Defendants CITY OF ANTIOCH, BROOKS, MOREFIELD, FORD, ROMBOUGH, MANLY WILLIAMS, and/or DOES 1-100 has caused them to suffer damages, including but not limited to physical harm, emotional distress, and/or injury to reputation. Plaintiffs seek relief in the form of

compensatory damages, punitive damages, injunctive relief, and any other relief that the court deems just and proper under the circumstances.

61. Upon information and belief, Plaintiff further alleges that numerous African Americans were systematically physically and verbally harassed by members of the CITY OF ANTIOCH Police Department when they were stopped for "walking while black" or "driving while black" without probable cause or reasonable suspicion, searched without consent, and verbally abused. Plaintiff further alleges that Defendant CITY OF ANTIOCH Police Department encouraged, condoned, and ratified its police officers long-standing, deep-rooted racist and misogynistic actions, statements, and conduct as illustrated by the vile and despicable text messages described herein, which were circulated amongst nearly half of the Police Department, including some supervising and command staff. In spite of legal obligations to report the conduct admitted to in the text messages, and to also report the racist and misogynistic statements themselves to command staff, Plaintiff alleges the text messages went unreported and were only discovered by the F.B.I. secondary to an investigation of a steroid distribution ring in the ANTIOCH Police Department. The messaging was so widespread that ANTIOCH Police Department command staff must have known of the actions and attitudes reflected in the widely shared text messages, but looked the other way.

62. Plaintiff is further informed and believe and thereon allege that the acts alleged herein are the direct and proximate result of the deliberate indifference of Defendants CITY, BROOKS, MOREFIELD, FORD, BLEDSOE, DOES 1-100, and each of them, to repeated acts of police misconduct which were tacitly authorized, encouraged, or condoned by the CITY OF ANTIOCH, BROOKS, MOREFIELD, FORD, BLEDSOE, DOES 1-100, and each of them.

63. The injuries to the Plaintiff were the foreseeable and proximate result of said customs, policies, patterns, and/or practices of Defendants CITY OF ANTIOCH, BROOKS, MOREFIELD, FORD, BLEDSOE, DOES 1-100, and each of them. This conduct was condoned and ratified, by Antioch Police Department Supervisors, and there was no discipline against any of the named defendant officers for their conduct.

64. Plaintiff is further informed and believes and thereon alleges that the damages sustained as alleged herein were the direct and proximate result of municipal customs and/or policies of deliberate indifference in the training, supervision, and/or discipline of members of the CITY OF ANTIOCH Police Department.

65. Plaintiff is further informed and believe and thereon allege that Plaintiffs' damages and injuries were caused by the customs, policies, patterns, or practices of the CITY OF ANTIOCH, BROOKS, MOREFIELD, FORD, BLEDSOE, DOES 1-100, and each of them, of deliberate indifference in the training, supervision, and/or discipline of Antioch Police Officers including, but not limited to, NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and DOES 1-100, and/or each of them.

66. The aforementioned customs, policies, or practices of Defendants CITY OF ANTIOCH, BROOKS, MOREFIELD, FORD, DOES 1-100, and each of them, resulted in the deprivation of Plaintiffs' connotational rights including, but not limited to, the following:

a. The right to be free from excessive and unnecessary police use of force;

b. The right to a Familial Relationship.

c. The right to be free from Racial Bias in the conduct of Antioch police officers in violation of 42. U.S.C. section 1981.

d. The right of privacy.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## TERRYONN PUGH'S FIFTH CAUSE OF ACTION

**42 U.S.C. § 1985-86 – Conspiracy To Violate Civil Rights**

**(Against All Defendants, and DOES 1 - 100)**

67. The foregoing allegations are realleged and incorporated herein, as are the contents of Exhibits "A" and "B".

68. The collective actions by Defendant officers named herein show a conspiracy within the ANTIOCH police department by ANTIOCH officers to violated Plaintiffs' Civil Rights by acting in concert to illegally detain, search, assault, wrongfully arrest people, subject people to malicious prosecution, and discriminate against the citizenry based on their race, ethnicity, and gender. This conspiracy to deprive the Plaintiff of his legal and constitutional rights within the ANTIOCH police department directly lead to officers within the department to deprive people of the constitutional rights and to act with discrimination and racial bias when interacting with people. This deprivation of constitutional rights, bias and discrimination directly lead to the Plaintiff suffering from damages stemming from the wrongful acts committed by the defendant officers against the Plaintiff.

69. In doing the acts complained of herein, Defendants CITY, BROOKS, MOREFIELD, FORD, NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and/or DOES 1-100, individually and/or while acting in concert with one another, conspired for the purpose of depriving Plaintiff and/or persons similarly situated to Plaintiff, either directly or indirectly, of the equal protection of the laws or of equal privileges and immunities under the laws as alleged in this complaint in violation of 42 U.S.C. § 1985.

70. Plaintiff is further informed and believe and thereon allege that Defendant CITY OF ANTIOCH, Defendants BROOKS, MOREFIELD, FORD, EVANS, GERBER, DOES 1-100, and each of them, had the power to stop and/or aid in preventing the conspiracy and/or conspiracies by Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, DOES 1-100, and/or each of them, as alleged herein, but instead maintained customs, policies, and/or practices which encouraged, authorized, condoned, ratified, failed to prevent, and/or failed to aid in the prevention of the wrongs conspired to be done by Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, DOES 1-100, and/or each of them.

71. As a result of the failure and/or refusal of Defendants BROOKS, MOREFIELD, FORD, EVANS, GERBER, DOES 1-100, and each of them, to prevent or aid in preventing the commission of the conspiracy and/or conspiracies by Defendants NUTT, EVANS, ROMBOUGH, AMIRI, DUGGAR, MANLY WILLIAMS, THOMAS SMITH, PRIETO, RODRIGUEZ, ADAMS, GERBER, MARCOTTE, and DOES 1-100, Plaintiff and persons similarly situated to him are entitled to recover damages in amounts to be determined according to proof.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

**JURY DEMAND**

Plaintiff hereby demands a jury trial in this action.

**PRAYER**

WHEREFORE, Plaintiff prays for relief, as follows:

1. For general damages according to proof;

2. For special damages, including but not limited to, past, present and/or future wage loss, income and support, medical expenses and other special damages in a sum to be determined according to proof;

3. For punitive damages and exemplary damages in amounts to be determined according to proof as to the individually named Defendants, and DOES 1-100, or each of them;

4. Any and all permissible statutory damages;

5. For reasonable attorney's fees pursuant to 42 U.S.C. §1988;

6. For cost of suit herein incurred;

7. For injunctive relief, including necessary policy and practice changes to Defendant CITY OF ANTIOCH'S police department and Court Monitoring to ensure compliance with such necessary policy and practice changes; and

8. For such other and further relief as the Court deems just and proper.

Dated:  March 18, 2024          Signed:_____
                                          CARMELA CARAMAGNO
                                          Attorney for Plaintiff
                                          TERRYONN DESHANN PUGH

Complaint
*Pugh v. City of Antioch et al.*
30

**DECLARATION OF CARMELA CARAMAGNO**

I, Carmela Caramagno, do hereby declare:

1. I am an attorney in good standing licensed to practice law before all the courts of the State of California, and before the Northern District of California. If called to testify, I could and would testify based on my own personal knowledge to the following facts. I am the attorney representing plaintiff Terryonn Pugh in this matter.

2. Attached as Exhibit "A" is a true and correct copy of Contra Costa District Attorney's Office Inspector Wallace's March 27, 2023 report. A copy of this report was released to me on or about April 11, 2023. Prior to that time, I had no knowledge of the contents of that report.

3. Attached as Exhibit "B" is a true and correct copy of Contra Costa District Attorney's Office Inspector Wallace's March 28, 2023 report. A copy of this report was released to me on or about April 11, 2023. Prior to that time, I had no knowledge of the contents of that report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  March 18, 2024          Signed:_____
                                             CARMELA CARAMAGNO

Complaint
*Pugh v. City of Antioch et al.*
31

# EXHIBIT A

**OFFICE OF THE DISTRICT ATTORNEY**
**CONTRA COSTA COUNTY**

Diana Becton
DISTRICT ATTORNEY

# INVESTIGATION REPORT

| Type of Investigation: | Docket / File / Police Report No. |
|---|---|
| PC 745 Racial Justice Act | 013-1046493 |
| **Subject / Defendant:** | |
| Antioch Police Department Officers et al | |
| **Inspector Assigned:** | **Date of Report:** |
| Larry J. Wallace | March 27, 2023 |

## Investigative Team:

Larry J. Wallace, Senior Inspector, Contra Costa County District Attorney's Office, 900 Ward Street, Martinez, CA 94553

## Antioch Police Department Officers Sending Communications:

Antioch Police Department (APD) Sergeant (Sgt) Josh Evans, ██████████████

██████

Antioch Police Department (APD) Sergeant (Sgt) Rick Hoffman, ██████████████

██████

Antioch Police Department (APD) Officer Jonathan Adams, ██████████████

██████

Antioch Police Department (APD) Officer Morteza Amiri, ██████████████

██████

Antioch Police Department (APD) Officer Scott Duggar ██████████████

██

Antioch Police Department (APD) Detective Robert Gerber, ██████████████

██████

Antioch Police Department (APD) Officer Aaron Hughes, ██████████████

██

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant:<br>APD Officers | Docket / Report No.<br>013-1046493 |
|---|---|

Antioch Police Department (APD) Officer Brayton Milner, ██████████████████ ██

Antioch Police Department (APD) Officer Calvin Prieto, ████████████████ ██████

Antioch Police Department (APD) Officer John Ramirez, █████████████ ██

Antioch Police Department (APD) Officer Andrea Rodriguez, ████████████ ████████

Antioch Police Department (APD) Officer Eric Rombough, ███████████

Antioch Police Department (APD) Officer Kyle Smith, ██████████████ ██

Antioch Police Department (APD) Officer Devon Wenger, ████████████ █████████

## Summary:

This is a joint investigation being conducted by the Federal Bureau of Investigation (FBI) and the Contra Costa County District Attorney's Office (CCCDAO) involving law enforcement officers currently and formerly employed by the Antioch Police Department (APD) and the Pittsburg Police Department (PPD) regarding crimes of moral turpitude and criminal offenses.



---

**Senior Inspector Larry Wallace**     **Investigative Report, Page 2 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant:<br>APD Officers | Docket / Report No.<br>013-1046493 |
|---|---|



After January 1, 2023, Senate Bill 2, a new law in California was enacted regarding police misconduct. Senate Bill 2 states that law enforcement officers will cooperate when they are listed as witnesses in an investigation into serious misconduct, which shall minimally include the following: Dishonesty, Abuse of Power, Physical abuse, sexual assault, demonstrating bias, egregious or repeated violation of law, participation in a law enforcement gang, failure to cooperate with an investigation into potential police misconduct, and failure to intercede.

The bill disqualifies a person from being employed as a peace officer if that person has been convicted of, or has been adjudicated in an administrative, military, or civil judicial process as having committed, a violation of certain specified crimes against public justice, including the falsification of records, bribery, or perjury. The bill disqualifies any person who has been certified as a peace officer by the Commission on Peace Officer Standards and Training and has surrendered that certification or had that certification revoked by the commission or has been denied certification.

The bill requires an agency employing peace officers to report to the commission the employment, appointment, or separation from employment of a peace officer, any complaint, charge, allegation, or investigation into the conduct of a peace officer that could render the officer subject to suspension or revocation, findings by civil oversight entities, and civil judgements that could affect the officer's certification. In case of a separation from employment or appointment, the bill requires each agency to execute an affidavit of separation form adopted by the commission describing the reason for separation. The bill requires the affidavit to be signed under penalty of perjury.



---

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



Based on the above listed review, sworn law enforcement members of the CCCDAO and the FBI found text communications between sworn law enforcement members of the Antioch Police Department that we believe may have violated the Racial Justice Act. This report documents some of the derogatory, homophobic, and sexually explicit language and photographs shared by members of the Antioch Police Department that demonstrates their racial bias and animus towards African Americans and other people of color in the community. This report does not include every derogatory text message retrieved during our review of the above listed cellular telephones. This is an ongoing state and federal criminal investigation which may lead additional disclosures. This report also documents potential dishonesty, perjury, abuse of authority, and the violation of individuals civil rights.

## Narrative:

---

**Senior Inspector Larry Wallace**          **Investigative Report, Page 4 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 09/23/2019, at 2:07 p.m., APD Officer Ramirez, ▇▇▇▇▇▇▇, sent a photograph of a white female depicting her pointing her finger at the following sign, "This Nigga". The text message was sent to the following APD Officers: Morteza Amiri; Eric Rombough; Rick Hoffman; Daniel Harris; Detective Robert Gerber; John Cox; Jonathan Adams; Kyle Smith; Jake Ewart; Sgt. Stenger; Ryan McDonald; Sgt. Josh Evans; Joseph Magana; Casey Brogdon; Sgt. Jimmy Wisecarver; Tom Lenderman; Aaron Hughes; Adrian Gonzalez; Matthew Nutt; Brock Marcotte; Scott Duggar; Timothy Manly Williams; and Sgt. Loren Bledsoe.



On 10/05/2019, at 4:36 p.m., APD Officer Ramirez to APD Officer Amiri, "Bended knee niggas."

On 11/22/2019, at 5:03 p.m., APD Officer Amiri text APD Officer Ramirez, "#Thirsty Niggas, #Donkey Niggas, #Ass Niggas, #Transient Niggas, #Panhandling Niggas."

At 6:36 p.m., APD Officer Ramirez text APD Officer Amiri, "Ungrateful niggas, Jackass niggas, Jaywalking niggas, 11-25 niggas, ACO niggas, Beaner niggas."

On 12/05/2019, at 12:31 p.m., APD Officer Ramirez to APD Officer Nicholas Shipilov▇▇▇▇ ▇▇▇▇▇, "Slow niggas, dead niggas, body bag niggas, 10-55 niggas, 187 niggas, wild west niggas, huckleberry niggas."

---

**Senior Inspector Larry Wallace**          **Investigative Report, Page 5 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 01/17/2020, at 10:39 a.m., APD Officer Ramirez to APD Officer Amiri, "Uniform niggas, Decorum niggas, Top flight niggas."

At 7:46 p.m., APD Officer Ramirez to APD Officer Amiri, "Racist niggas, Probably was scared on the phone niggas, Boogeyman niggas."

On 01/26/2020, at 10:33 a.m., APD Officer Amiri text APD Officer Rombough, "March will be enforcement month errbody and they momaz finna get arrested and towed."

At 10:34 a.m., APD Officer Eric Rombough replied, "lol driving while black."

On 02/18/2020, at 7:17 p.m., APD Officer Amiri text a civilian, "You can do a niggas college classes but you can't spell nigga?"

On 02/24/2020, at 8:07 p.m., APD Officer Amiri text APD Officer Rombough, "No they didn't push it that far. Bunch of gorillas surrounding us and taunting a fight since we were hooking Quindell. They were all pussies and didn't do shit. I wish they did."

On 02/27/2020, at 2:42 p.m., APD Officer Eric Rombough sends a photograph of a gorilla to APD Officer Amiri. This photograph was a reference to the arrest or detention of "Quindell" on 02/24/2020.

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



On 04/24/2020, at 5:49 p.m., APD Sgt. Josh Evans text APD Officer Amiri, "I'll bury that nigger in my fields." APD Officer Amiri laughed at the above comment.

At 5:53 p.m., APD Sgt. Josh Evans responds, "And yes….it was a hard R on purpose."

At 5:54 p.m., APD Officer Amiri replies, "haha there's no accidents with you on that."

On 04/29/2020, at 5:10 p.m., APD Officer Amiri text Brentwood Police Department (BPD) Officer Lindzie Laughridge, "Since we don't have video I sometimes just say people gave me a full confession when they didn't. gets filed easier."

**Senior Inspector Larry Wallace**           **Investigative Report, Page 7 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| | |
|---|---|
| Supplemental | |
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 04/30/2020, at 9:00 p.m., APD Officer Rombough sent a photograph of a gorilla to APD
Officer Kelly Inabnett, ████████.



On 05/04/2020, at 8:34 a.m., APD Officer Aaron Hughes text APD Officer Morteza Amiri, "He
doesn't want to go back to jail." APD Officer Amiri replies, "yea I'm watching."

> At 8:36 a.m., APD Officer Hughes responds, "Bro the circus is in town…but it seems
> they only brought monkeys."

> At 8:37 a.m., APD Officer Amiri responds, "lmao. It's a zoo over there right now."

On 05/05/2020, at 6:41 p.m., an unknown officer liked, "Amiri better bite that asshole
tomorrow."

> At 6:42 p.m., APD Sgt. Evans text, "We need to have a spotter call to Amiri where he is
> so we can smash in and bite him, 40mm him, and call him a cunt." APD Sgt. Jimmy
> Wisecarver replied, "HaHa."

---

**Senior Inspector Larry Wallace**          **Investigative Report, Page 8 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 05/06/2020, at 12:20 p.m., APD Officer Kyle Smith sent a text message to the following group of APD Officers captured from Instagram stating, "They trippin they let the K9 bite two niggas any that was standing on pep inna van from niggas to bitches I got the fuck outa there. Stay inside." The following APD Officers received the text message: Morteza Amiri, Eric Rombough, Sgt. Rick Hoffman, Daniel Harris, Detective Robert Gerber, John Cox, Jonathan Adams, Jake Ewart, Sgt. James Stenger, Ryan Mcdonald, Sgt. Josh Evan, Joseph Magana, Casey Brogdon, Sgt. Jimmy Wisecarver, Tom Lenderman, Aaron Hughes, Adrian Gonzalez, Matthew Nutt, Brock Marcotte, Scott Duggar, Timothy Manly Williams, and Sgt. Loren Bledsoe.



**Contra Costa County District Attorney's Office**
**Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At 8:59 p.m., APD Sgt. Josh Evans text, "Kardell's mom was yelling how we shot and killed someone today. That rumor getting around quick."

At 9:00 p.m., APD Sgt. Jimmy Wisecarver text, "Laughed." APD Sgt. Evans replies, " That was right after she called me a racist as cop…." APD Officer Rick Hoffman laughed at the above listed comment and stated, "Well she has a point.

At 9:01 p.m., APD Sgt. Evans text, "I never said I took offense to it." APD Officer Tom Smith responds, "Josh isn't a racist..he just hates women. Just ask the female who went airborne yesterday into Jimmy."

On 05/27/2020, at 8:23 a.m., APD Officer Amiri text APD Officer Rombough, "See all the riots in LA?" APD Officer Rombough responds, "No I didn't lol." APD Officer Amiri responds, "For the gorilla that died (reference to George Floyd).

On 06/08/2020, at 9:27 a.m., Officer Ramirez text to APD Officers, " I'll buy someone a prime rib dinner at House of prim rib to 40 that mfr (Thorpe) during the protest today." This is a reference to the potential use of a .40mm less lethal launcher being utilized on current Antioch Mayor Lamar Thorpe. The following APD Officers received the above listed text message: Sgt.'s Josh Evans, James Wisecarver, Rick Hoffman, Loren Bledsoe, and James Stenger; Detective Robert Gerber; APD Officers John Cox, Jonathan Adams, Kyle Smith, Jacob Ewart, Ryan McDonald, Joseph Magana, Eric Rombough, Daniel Harris, Casey Brogdon, Tom Lenderman, Aaron Hughes, Adrian Gonzalez, Matthew Nutt, Brock Marcotte, Scott Duggar, and Timothy Manly Williams.

On 06/10/2020, at approximately 5:29 p.m., APD Officer Calvin Prieto text APD Officer Andrea Rodriguez, "I swear it's like a Batman movie. Villian as DA." APD Officer Rodriguez replied, "For reals…the world is just outta whack right now!"

At approximately 5:31 p.m., APD Officer Prieto replies, "I blame the blacks. I'm trying not to get upset."

On 06/14/2020, at approximately 4:07 p.m., APD Officer Rodriguez text APD Officer Prieto, "Yes any situation that is against blacks right now is."

At approximately 4:08 p.m., APD Officer Prieto responds, "No sense of responsibility on any of their parts."

---

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
| --- | --- |
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
| --- | --- |
| APD Officers | 013-1046493 |

At approximately 4:09 p.m., APD Officer Rodriguez text APD Officer Prieto, "Not at all that would be asking way too much of them."

At 6:15 p.m., APD Sgt. Evans text APD Officer Amiri, "Laughed at "Did the news quote the complaint where it say Colley was beating him about the anus while I held his legs apart?"

At 6:17 p.m., APD Sgt. Jimmy Wisecarver text, "No there was no mention of the anus. I'm gonna have to read that report!"[1]

At 6:24 p.m., APD Officer Kelly Inabnett responds, "Apparently they give out grades."

At 6:27 p.m., APD Sgt. Stenger replies, "Damn we failed." APD Officer Inabnett responds, "Pretty sure everyone did."

At 6:28 p.m., APD Sgt. Wisecarver text, "Baldwin was the one providing the grades." APD Officer Aaron Hughes adds, "84% percentile for deadly force." APD Officer Inabnett responds, "But we kill more mexicans than anything else. Soo blacks can feel safe." This is a reference to Malad Baldwin who was assaulted by the APD in 2014, and his mother, Kathryn Wade, later stated this incident led to him suffering from mental illness, and he later died.

At 6:29 p.m., APD Officer Inabnett continues, "Sorry. Reverse that."

At 6:30 p.m., APD Sgt. Stenger, "Laughs." APD Officer Spencer Cox texts, "They used "Latinx". Credibility went to 0%."

At 6:31 p.m., APD Officer Inabnett responds, "Good news, 0 crimes committed by police. Must be old data."

On 06/22/2020, at 9:04 a.m., APD Officer Rombough text a private citizen a photograph depicting a large naked African American male, with his penis exposed, sitting on the neck of George Floyd.

---

[1] Police Scorecard is the first nationwide public evaluation of policing in the United States. The Scorecard calculates levels of police violence, accountability, racial bias, and other policing outcomes for over 16,000 municipal and county law enforcement agencies, covering nearly 100% of the US population. The project is designed to help communities, researchers, police leaders and policy makers take data-informed action to reduce police use of force, increase accountability and reimagine public safety in their jurisdictions.

**Senior Inspector Larry Wallace**                    **Investigative Report, Page 11 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
| --- | --- |
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
| --- | --- |
| APD Officers | 013-1046493 |



On 07/02/2020, at approximately 9:55 a.m., APD Officer Rodriguez text APD Officer Prieto, "I don't know if I can do the DRE (drug recognition evaluation) cuz he's knocked out now. APD Officer Prieto responds, "No we'll just say he refused to comply and take the blood. Shit aint going anywhere. If anything he'll get hit for the 2800.4 (California Vehicle Code Section 2800.4 Evading an officer by driving opposite of traffic)."

At approximately 9:56 a.m., APD Officer Rodriguez responds," Okay that's cool then. What's the case number again". APD Officer Prieto responds, "5516 (APD Incident No. 2000-5516)". For further details reference the Attached APD report.

On 07/20/2020, at approximately 3:24 p.m., APD Officer Rodriguez text APD Officer Prieto, "Ohhh gotcha..yea see how all of that turns out. I'm over painting the streets."

At approximately 3:25 p.m., APD Officer Prieto responds, "I'm like, where's that black bitch with the paint cans so she can fuck it up." APD Officer Rodriguez text, "Oh I know. She did it again as soon as she got out of jail."

---

**Contra Costa County District Attorney's Office
Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At approximately 3:26 p.m., APD Officer Prieto text, "Yea I saw that, she was like, ima do the drive bys instead."

At approximately 3:27 p.m., APD Officer Rodriguez text, "Yea Izzy showed me it an we were laughing yesterday. I'm like good for her." APD Officer Prieto responds, "Shit like this don't get these black lives matter people talking but they be the first to try to defund the police."

On 08/22/2020, at 12:35 p.m., APD Officer Amiri to APD Officer Wenger, "If Pitt didn't have all those body cams and that was us...we would have fucked him up more. He didn't get what he deserved." This is a reference to the arrest of Jamari Allen in Pittsburg, California, who was taken into custody by use of APD Officer Amiri's police k-9.

At 12:36 p.m., APD Officer Wenger responds, "I agree. That's why I don't like body cams."

On 09/04/2020, at 8:48 p.m., APD Officer Lenderman text to APD Officers, "it's like the black panthers but they are Hispanics and from LA area. They were in Martinez for the BLM shit."

At 8:50 p.m., APD Sgt. Evans text to APD Officers, "Shagoofa looks like an arabian nights cum dumpster." This is a reference to local city of Antioch social justice advocate Shagoofa Khan.

On 09/09/2020, APD Officers Rodriguez and Calvin Prieto communicated via text messages with each other to agree to write a large amount of traffic citations by targeting a specific group in a specific area.

On 09/09/2020, at approximately 9:04, APD Officer Prieto text APD Officer Rodriguez, "I wanna push tho. Like hit those 30 cites."

At approximately 9:05, APD Officer Rodriguez replies, " Okay we just hafta go to the areas where we can." APD Officer Prieto text, "make these niggas eat shit. Yes of course." APD Officer Rodriguez text, "Yes that will be easy. And it will be a good time lol start off quick with the numbers."

At approximately 9:07, APD Officer Prieto responds, "Yes of course. Get it in and fuck things up."

# Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 10/06/2020, at approximately 10:03 a.m., APD Officer Prieto text, "Well get busy and start towing niggas shit. Come in with a stack of CHP 180 (California Highway Patrol Vehicle Impound Form)."

At approximately 10:10 a.m., APD Officer Rodriguez text, "I wanted to yesterday but had no cover or papers."

On 10/22/2020, at 8:32 p.m., APD Officer Jonathan Adams text an unknown photograph to the below listed officers and Sgt. Wisecarver had the following response, "We're all going to prison." The following APD Officers received the above listed text message: Sgt.'s Jimmy Wisecarver, Matthew Koch, James Stenger, Loren Bledsoe, and Rick Hoffman; Kelly Inabett, Zechariah Matis, Brock Marcotte, Ryan McDonald, Brittney Crites, Quamaine Murphy, Johnathan Adams, Jiseok Jeong, Adam Duffy, Eric Rombough, John Cox, Scott Duggar, Casey Brogdon, Matthew Summers, Tom Smith, Marcos Torres, Randall Gragg, and Samantha Peterson.

On 11/11/2020, at 11:03 a.m., APD Officer Brock Marcotte text APD Officers Rombough, Timothy Manly Williams, Scott Duggar, and Rick Hoffman, "I'm on my way in now, what're you guy up to? APD Officer Rombough replies, " Violating civil rights."

On 12/07/2020, at 3:57 p.m., APD Officer Rombough text Sgt. Evans, "Lol yeah buddy. I was bummed that beast (reference to suspect Quincy Mason) was so fat cuz he didn't bruise up very fast." APD Sgt. Evans replied, "It never looks as good on black guys." APD Officer Rombough responds, "Just like jobs and responsibilities."

On 12/27/2020, at 12:20 p.m., APD Officer Amiri text BPD Officer Laughridge, "It's commonly used around the pd tbh (reference to the N word)." BPD Laughridge text, "Yeaaa but given the times I wouldn't say that out loud." APD Officer Amiri responds, "even in group messages with supervisors and IA Sgt's matter of fact it was said just today in our group thread with multiple supervisors in it."

On 01/13/2021, at 8:22 p.m., APD Officer Morteza Amiri sends information regarding an article where cellular telephones were seized from 100 Oakland Police Officers. The article details the investigation is involving sexist and racist comments made on a now deleted Instagram account. The following APD Officers received the text message: Sgt's James Stenger, Rick Hoffman, Jimmy Wisecarver, Trevor Fortner, and Josh Evans; Detective Robert Gerber; APD Officers Brayton Milner, Jacob Ewart, Scott Duggar, Arturo Becerra, John Ramirez, Brock Marcotte,

---

**Senior Inspector Larry Wallace**                    **Investigative Report, Page 14 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

Randall Gragg, Odom, Adrian Gonzalez, Tom Lenderman, Johnathan Adams, and Timothy Manly Williams.



At 8:23 p.m., APD Officer Cox responded, "I talked to Valle this morning. He said everyone from Officer to Captain got their phones took."

At 8:24 p.m., APD Officer Timothy Manly Williams responded, "Are those personal or work phones?"

At 8:26 p.m., Sgt. Hoffman text, "If anyone tries to grab my personal phone I'm gonna smash it Theresa Conde style."

At 8:27 p.m., APD Officer Cox responded, "mines going on the nearest microwave. Then I'd have to make Cupertino cuz of stupid icloud."

At 8:28 p.m., APD Officer Gonzalez text, "every cop in ca should be on wicker or signal."

At 8:43 p.m., APD Sgt. Stenger responded, "And I never hooked my work phone to the icloud or an email."

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| | |
|---|---|
| Supplemental | |
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At 8:47 p.m., APD Officer Cox text, " I think Chief (Tammany Brooks) knew something we don't when he sent that email about his new work phone number and talking about PRA requests."

At 8:54 p.m., Sgt. Wisecarver adds, " It sounds like they are only looking for sexual or racial comments so we should be good right?"

At 8:57 p.m., APD Officer Adrian Gonzalez responded, "After all OPD has been through you would think they wouldn't do dirt on a pd phone."

On 02/11/2021, at 10:14 a.m., APD Officer Jonathan Adams to APD Officer Eric Rombough and Sgt. Rick Hoffman, "I just talked to that faggot again and got him to agree to eat his own dick."

On 02/19/2021, at 9:38 a.m., APD Officer Rombough to Sgt. Evans, " I should have 40d this black bitch today (reference to suspect Kardell Smith)."

On 02/23/2021, at 1:07 p.m., APD Officer Rombough to APD Sgt. Evans, "At least I got to 40 that faggot (reference to suspect Isaac Dionte Thomas).

On 03/25/2021, at 4:32 p.m., APD Officer Rombough text APD Officer Jonathan Adams, "That fat dude in the minivan and the fat bf (black female) on the balcony belong to that apartment I'll go grab the plate to the minivan.

At 4:38 p.m., APD Officer  Rombough text, "I pulled out and into the los medanos lot. The fat fucks were eye fucking me."

At 5:52 p.m., APD  Rombough text, "Sooo many black people (sic)."

At 6:22 p.m., APD Officer Adams responds, "Bro. They all look the same." APD Officer Rombough laughs at the above comment and responds, "Tell me about it" and "I feel like I'm at the zoo."

At 6:39 p.m., APD Officer Rombough text, "I bet it's chicken." APD Officer Adams responds, "Could be ribs." APD Officer Rombough continues, "For sure watermelon and kool aid."

At 7:14 p.m., APD Officer Rombough to APD Officer Adams, "I hate these idiots."

### Contra Costa County District Attorney's Office
### Continuation/Supplemental Report

| Supplemental | |
| --- | --- |
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
| --- | --- |
| APD Officers | 013-1046493 |

At 7:17 p.m., APD Officer Adams responds, "The cops or the niggers?"

At 7:18 p.m., APD Officer Rombough replies, "All of them it looks like Trent is here too."

On 03/31/2021, at 2:44 p.m., APD Officer Rombough to APD Sgt. Evans, "Gotta stop kicking niggas in their head." This is a reference to the arrest of Trent Allen on 03/31/2021 under APD case number 21-1905).

On 04/16/2021, at 1:18 p.m., APD Officer Scott Duggar text APD Officer Eric Rombough, a captured screen shot from Instagram with the caption, "Niggas aint really tryna hoop they just wanna sit at the store an sell weed under them cameras."



## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At 6:11 p.m., APD Officer Rombough text APD Officer Adams, "Focused on 2s too long for the wire (APD Officer Rombough refers to 2s (piece of shit or turds) throughout his text threads as a reference to African American suspects).

On 05/29/2021, at 12:41 p.m., APD Officer Adams to APD Officer Rombough, "Bryce and his midtown faggots hang out with a bunch of two in the apartments on crestview."

On 06/07/2021, at 2:30 p.m., APD Officer Rombough to a private citizen, " I'm out here talking to water buffalo (reference to large African-American women)."

On 06/21/2021, at 2:27 p.m., APD Officer Rombough to a private citizen, "we just ran down a monkey at sycamore."

On 06/30/2021, at 3:31 p.m., APD Officer  Rombough sends a photograph of three (3) gorillas to APD Officer Brayton Milner.



On 08/05/2021, at 2:15 p.m., APD Officer  Rombough to APD Officer Adams, "Fuck these gorillas."

On 09/10/2021, at 5:56 p.m., APD Officer Rombough to APD Officer Adams, "so we are harassing the gorillas."

**Contra Costa County District Attorney's Office**
**Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 11/06/2021, at 11:59 a.m., APD Officer Rombough text Detective Robert Gerber a photograph of a gorilla.



At 12:11 p.m., APD Detective Robert Gerber sends a photograph of a gorilla to APD Officer Eric Rombough.



**Senior Inspector Larry Wallace**            **Investigative Report, Page 19 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

On 11/22/2021, at 12:15 p.m., APD Officer Rombough to APD Officer Scott Duggar, "Fuck your people. I hate this city." APD Officer Scott Duggar replies, "What they do today."

At 12:16 p.m., APD Officer Rombough responds, "I'm only stopping them cuz they black. Fuck them. Kill each other."

On 01/05/2022, at 9:44 a.m., APD Officer Adams to APD Officer Rombough, "Yup gimme a few tho, I'm in a meeting with SOU and Gerber and Hoffman discussing black people." APD Officer Rombough text, "You gonna be there for this swat op on the gorillas."

On 01/24/2022, at 7:08 p.m., APD Officer Rombough text APD Officer Smith, "I heard, 101 bottom line it doesn't matter some gorilla killed another gorilla."

On 04/27/2022, APD Captain Trevor Schnitzius emailed CCCDAO Sr. Inspector Wallace all citations issued by APD Officers Rodriguez and Prieto from 09/09/2020 thru 10/08/2020 to determine if there was a disparity in the race, ethnicity, or national origin of the individuals who were cited after the statement they made on 09/09/2020. Listed below are the results:

**APD Officer Prieto:**

| | |
|---|---|
| African Americans | 33 |
| Latinos | 29 |
| Caucasians | 29 |
| Other[2] | 16 |
| Total | 107 Citations |

**APD Officer Rodriguez:**

| | |
|---|---|
| African Americans | 31 |
| Latinos | 36 |
| Caucasians | 21 |
| Other | 26 |
| Total | 114 Citations |

---

[2] Other – Middle Eastern descent, mixed ethnicity, or people decline to state their ethnicity, when it's not clear

**Senior Inspector Larry Wallace**          **Investigative Report, Page 20 of 21**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

Per APD Officer Amiri, he texted the following statistics for his k-9 deployments from December 2018 – December 2021. He stated he had 471 deployments, 400 arrests, 369 give-ups, and 28 confirmed bites. Law enforcement personnel have been able to confirm that 19 of the 28 dog bites were suffered by African Americans.

**End of Report**

**Senior Inspector Larry Wallace**          **Investigative Report, Page 21 of 21**

# EXHIBIT B

OFFICE OF THE DISTRICT ATTORNEY
CONTRA COSTA COUNTY

Diana Becton
DISTRICT ATTORNEY

# INVESTIGATION REPORT

| Type of Investigation: | Docket / File / Police Report No. |
|---|---|
| PC 745 Racial Justice Act | 013-1046493/21-001905 |
| **Subject / Defendant:** | |
| Terryon Deshon Pugh/Trent Allen | |
| **Inspector Assigned:** | **Date of Report:** |
| Larry J. Wallace | March 28, 2023 |

## Investigative Team:

Larry J. Wallace, Senior Inspector, Contra Costa County District Attorney's Office, 900 Ward Street, Martinez, CA 94553

## Involved Antioch Police Department (APD) Officers:

Antioch Police Department (APD) Sergeant (Sgt) Josh Evans, ███████████

Antioch Police Department (APD) Officer Jonathan Adams, ███████████

Antioch Police Department (APD) Officer Scott Duggar, ███████████

Antioch Police Department (APD) Detective Robert Gerber, ███████████

Antioch Police Department (APD) Officer Tom Smith, ███████████

Antioch Police Department (APD) Officer Brock Marcotte, ███████████

Antioch Police Department (APD) Officer Timothy Manly Williams, ███████████

Antioch Police Department (APD) Officer Eric Rombough, ███████████

---

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

## Suspects:

Terryon Deshon Pugh, ███████████████████████

Trent Allen, ████████████████████████

## Summary:

This is a joint investigation being conducted by the Federal Bureau of Investigation (FBI) and the Contra Costa County District Attorney's Office (CCCDAO) involving law enforcement officers currently and formerly employed by the Antioch Police Department (APD) and the Pittsburg Police Department (PPD) regarding crimes of moral turpitude and criminal offenses.



After January 1, 2023, Senate Bill 2, a new law in California was enacted regarding police misconduct. Senate Bill 2 states that law enforcement officers will cooperate when they are listed as witnesses in an investigation into serious misconduct, which shall minimally include the following: Dishonesty, Abuse of Power, Physical abuse, sexual assault, demonstrating bias, egregious or repeated violation of law, participation in a law enforcement gang, failure to cooperate with an investigation into potential police misconduct, and failure to intercede.

---

**Senior Inspector Larry Wallace**                **Investigative Report, Page 2 of 14**

**Contra Costa County District Attorney's Office**
**Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

The bill disqualifies a person from being employed as a peace officer if that person has been convicted of, or has been adjudicated in an administrative, military, or civil judicial process as having committed, a violation of certain specified crimes against public justice, including the falsification of records, bribery, or perjury. The bill disqualifies any person who has been certified as a peace officer by the Commission on Peace Officer Standards and Training and has surrendered that certification or had that certification revoked by the commission or has been denied certification.

The bill requires an agency employing peace officers to report to the commission the employment, appointment, or separation from employment of a peace officer, any complaint, charge, allegation, or investigation into the conduct of a peace officer that could render the officer subject to suspension or revocation, findings by civil oversight entities, and civil judgements that could affect the officer's certification. In case of a separation from employment or appointment, the bill requires each agency to execute an affidavit of separation form adopted by the commission describing the reason for separation. The bill requires the affidavit to be signed under penalty of perjury.



**Senior Inspector Larry Wallace**              **Investigative Report, Page 3 of 14**

**Contra Costa County District Attorney's Office**
**Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

Based on the above listed review, sworn law enforcement members of the CCCDAO and the FBI found text communications between sworn law enforcement members of the Antioch Police Department that we believe may have violated the Racial Justice Act. This report documents some of the derogatory, homophobic, and sexually explicit language and photographs shared by members of the Antioch Police Department that demonstrates their racial bias and animus towards African Americans and other people of color in the community. This report does not include every derogatory text message retrieved during our review of the above listed cellular telephones. This is an ongoing state and federal criminal investigation which may lead to further disclosures. This report also documents potential dishonesty, perjury, abuse of authority, and the violation of individuals civil rights.

## Narrative:

I reviewed text messages derived from the personal cellular telephone belonging to Antioch Police Department (APD) Officer Eric Rombough, ███████████. The following text messages include conversations between APD Officer Rombough and the following APD Officers regarding an investigation into Terryon Deshon Pugh and Trent Allen in March of 2021: APD Sergeant (Sgt) Josh Evans, Detective Robert Gerber, Johnathan Adams, Scott Duggar, Timothy Manly Williams, Tom Smith, and Brock Marcotte.

On 3/20/2021, at 1: 20 p.m., APD Officer Rombough texted Detective Gerber, ███████████, "Been checking ig not sure if terryon found his phone yet."

At 1:27p.m., Detective Gerber responded, "For sure thx brah. I bet he did."

On 3/21/2021, at 9:14a.m., APD Officer Rombough text APD Detective Gerber, "I haven't seen Pugh with his phone or updates on his ig. He's still posting."

**Senior Inspector Larry Wallace**                    **Investigative Report, Page 4 of 14**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At 9:15a.m., APD Detective Gerber responded, "Pugh is so screwed."

At 9:16 a.m., APD Detective Gerber added, "He better still have his phone, almost done with his affidavit."

At 9:16p.m., APD Officer Rombough responded, "Bro I can't wait to forty all of them ("forty" or "40" are references to the deployment of the 40mm less-lethal launcher)."

At 9:16p.m., APD Detective Gerber text, "Hell yeah."

At 9:44a.m., APD Officer Rombough text, "Looks like terryon is using trents ig".

At 9:50a.m., APD Detective Gerber texted, "I saw that he posted a quick live He better have his da.m.n phone."

At 9:54a.m., APD Officer Rombough text, "22 that I think he has it back I mix up all the number 2s igs."

On 3/23/2021, at 8:01 p.m., APD Officer Rombough sent a text to his wife stating, "I'm so over it. I'm gonna unleash the 40 god next week."

On 3/25/2021, at 4:32 p.m., APD Officer Rombough text APD Officer Jonathan Adams, ███████ ███████, "That fat dude in the minivan and the fat bf [black female] on the balcony belong to that apartment I'll go grab the plate to the mini van."

At 4:38p.m., APD Officer Rombough added, "I pulled out and into the los medanos lot. The fat fucks were eye fucking me."

At 5:52p.m., APD Officer Rombough text, "Sooo many black peolpe (sic)."

At 6:22 p.m., APD Officer Adams text, "Bro. They all look the same". APD Officer Rombough responded, "Tell me about it" and "I feel like I'm at the zoo."

At 6:24p.m., APD Officer Rombough text, "They're getting ice cream." and "Swarming to it like Hennessy."

---

**Senior Inspector Larry Wallace**          **Investigative Report, Page 5 of 14**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At 6:39 p.m., APD Officer Rombough text, "I bet it's chicken." . APD Officer Adams responded, "Could be ribs." APD Officer Rombough text back, "For sure watermelon and kool aid."

At 7:14 p.m., APD Officer Rombough text, "I hate these idiots."

At 7:17 p.m., APD Officer Adams asked, "The cops or the niggers?"

At 7:18 p.m., APD Officer Rombough responded, "All of them it looks like Trent is here too."

At 7:31 p.m., APD Officer Adams sent Rombough the following photo:



At 7:36 p.m., APD Officer Rombough texted, "Well we knew they wouldn't be by the pool."

At 7:39 p.m., APD Officer Rombough text, "Look at all the Infiniti's."

At 7:40 p.m., APD Officer Rombough text, "And cuz they're dark black." APD Officer Adams responded with "😂."

At 7:41 p.m., APD Officer Rombough text, "Gotta get them to smile."

At 8:02 p.m., APD Officer Rombough continued, "Definitely can't see them."

At 8:03 p.m., APD Officer Rombough sent an image:

---

**Senior Inspector Larry Wallace**                    **Investigative Report, Page 6 of 14**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



On 03/25/2021, At 7:41p.m., APD Officer Rombough text APD Officer Tom Smith, ▄▄▄▄▄ ▄▄▄▄ "Terryon is also here" and "I have the screen recording of spidey."

At 7:49 p.m., APD Officer Rombough text, "Armonie is here also". APD Officer Smith asked, "You sure? His phone is pinging in Vallejo". APD Officer ROMBOUGH responded, "Lmao it's getting dark and we can't see them anymore they stopped smiling."

At 7:54 p.m., APD Officer Smith texted a photo of Armonie Pugh:



At 7:55 p.m., APD Officer Rombough text, "You think that's him? Looks pretty close and he deleted his ig."

At 7:56 p.m., APD Officer Smith responded, "I think it's looks similar the eyebrows are somewhat different", "It was quick flash on the ig story", and "It's close but I'm not good at that lol." APD Officer Rombough texted, "They all look the same anyway" (a comment that Smith "laughed" at)."

On 3/29/2021, at 6:38 p.m., APD Officer Rombough text APD Detective Gerber, "Not sure if this fag is with any of our targets or not but here u go."

**Senior Inspector Larry Wallace**          **Investigative Report, Page 7 of 14**

### Contra Costa County District Attorney's Office
### Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



At 6:54 p.m., APD Detective Gerber responded, "That fag is one of our four targets heh, he appears to be goin to la."

At 6:55p.m., APD Officer Rombough text, "Yeah I can't remember all their na.m.es just another number 2".

At 6:57p.m., APD Detective Gerber responded, "Hah facts."

On 3/30/2021, at 8:22 p.m., APD Officer Rombough text APD Detective Gerber, "This looks like dudes car from his ig."

At 8:23p.m., APD Officer Rombough text, "And he's chilling at ruth Chris steakhouse". I hate all of them."

At 8:24p.m., APD Detective Gerber text, "Turds... all turds", a comment that APD Officer ROMBOUGH "liked".

On 3/31/2021, at 7:30 a.m., APD Officer Rombough text APD Officer Brock Marcotte,  "You take 40?"

At 7:31 a.m., APD Officer Marcotte responded, "Yep" and "Heading back now tho."

At 7:32 p.m., APD Officer Rombough text, "Coo."

At 7:59 a.m., APD Officer Marcotte text, "I'm out front". APD Officer Rombough responded, "Copy."

At 9:11a.m., APD Officer Rombough text, "I can believe he says he has no pain to his back lol."

**Senior Inspector Larry Wallace**                    **Investigative Report, Page 8 of 14**

**Contra Costa County District Attorney's Office**
**Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant:<br>APD Officers | Docket / Report No.<br>013-1046493 |
|---|---|

At 9:12 a.m., APD Officer Marcotte responded, "The nurse saw me smiling when he was making noises in pain and she started laughing 🤣."

At 9:13 a.m., APD Officer Rombough text, "Lmao."

At 9:15 a.m., APD Officer Rombough added, "What a bitch."

On 03/31/2021, at 8:29 p.m., APD Officer Rombough text ███████, "Yeah 40 deployment" and "Faggot got his ass whooped."

At 9:09 a.m., ███████ text, "Nice babe, another one for the mantle."

At 9:10a.m., APD Officer Rombough texted, "Murder suspect. In custody and that asshole made me run." ███████ text, "Good thing you fast honey."

At 9:11a.m., APD Officer Rombough text, "He was way faster then us" and "We chased him through back yard". ███████ text, "Lol, still got him, so not fast enough".

At 9:12 a.m., APD Officer Rombough text, "We managed to set up a perimeter and he got his ass whooped in the back yard and I field goal kicked his head." Cassidy responded, "I thought that was a no no."

At 9:13 a.m., APD Officer Rombough text, "No we can do that just no chokes" and "I tried to knock him unconscious. And he got muzzle thumped 6 times before he gave us his hands."

At 9:24 a.m., ███████ texted, "Glad you're havin fun babe."

At 9:25 a.m., APD Officer Rombough text, "It was nice after a very boring swat op."

During this same time, APD Officer Rombough also group text his co-workers, APD Officers Brock Marcotte, Timothy Manly Williams, ███████, and Scott Duggar, ███████.

At 8:45 a.m., APD Officer Rombough texted the group, "Lol I 40d him right next to his throat."

At 8:46 a.m., APD Officer Marcotte responded, "Oh fuck" and "Cuz he ducked so fast."

---

**Senior Inspector Larry Wallace**          **Investigative Report, Page 9 of 14**

# Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

APD Officer Rombough responded, "Eh he deserved it."

At 8:47a.m., APD Officer Rombough text, "Made us fucking run."

At 9:22a.m., APD Officer Timothy Manly Williams texted, "Is he dead". APD Officer Rombough responded, "Just his manliness." APD Officer Timothy Manly Williams responded with smiles.

At 11:44 a.m., APD Officer Rombough text, "Think I can forty u as u go by?"

At 12:30 p.m., APD Officer Adam.s responded, "Just saw your text. Asshole!!"

At 12:31 p.m., APD Officer Rombough text, "Lol I was gonna try."

At 2:44 p.m., APD Officer Rombough text, "Bro my foot hurts lol." APD Officer Adams responded, "Did you kick the guy?" APD Officer Rombough replied, "Yup like a fucking field goal" and "Gotta stop kicking niggas in their head."

At 2:45 p.m., APD Officer Adams texted, "Oh shit!! And 40d. Fuck yeah." APD Officer Rombough added, "And about 6 muzzle thumps" and "He's gonna be sore."

At 2:49 p.m., APD Officer Adams texted, "Fuck yeah. I didn't realize that."

At 2:50 p.m., APD Officer Rombough replied, "Bro he's gonna be hurting fuck that guy."

At 3:11 p.m., APD Officer Adams texted, "I like your last comment lol" and "Haha. I forgot that Koch wanted us to stop sending dumb shit. Oops." (a comment that Rombough "laughed" at).

APD Officer Rombough also texted APD Detective Gerber in the afternoon of 3/31/2021 regarding the incidents that occurred earlier in the morning.

At 12:52 p.m., APD Officer Rombough texted, "Bro my foot hurts. Trents head is like a bowling ball". APD Detective Gerber responded, "Haha!"

At 3:21 p.m., APD Officer Rombough sent APD Sgt. Josh Evans the following photo:

---

**Senior Inspector Larry Wallace**                    **Investigative Report, Page 10 of 14**

**Contra Costa County District Attorney's Office**
**Continuation/Supplemental Report**

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



At 3:37p.m., APD Sgt. Josh Evans responded, "You plugged him in the neck? Lol"." APD Officer Rombough text, " He ducked" and "Lol." APD Sgt. Josh Evans responded, "Sounds like it's his fault."

At 3:38 p.m., APD Officer Rombough text, "So was the 6 muzzle thumps and me trying to kick his head over the fence."

At 3:41 p.m., APD Sgt. Josh Evans replied, "Lol all of my favorite things." APD Officer ROMBOUGH texted, "Me too Brock salty and I in a backyard with no cameras lol."

At 6:22 p.m., APD Sgt. Josh Evans texted, "40 pic?" APD Officer Rombough replied, "I'll send it in a few. I shot him in the ass bro" and "Fuck that guy." APD Sgt. Josh Evans responded, "Lol, that's funny".

At 6:25p.m., APD Officer Rombough text, "Obviously wasn't complying."

At 7:21 p.m., APD Officer Rombough sent APD Sgt. Josh Evans the following photo:

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



APD Officer Rombough also texted his ▇▇▇▇ after deploying the 40mm weapon for the second time that day. APD Officer Rombough sent Cassidy photos of both men and their injuries.

    At 3:21 p.m., APD Officer Rombough sent ▇▇▇ the following photo of Allen:



    At 4:38 p.m., ▇▇▇ responded, "You got him in the neck?!"

---

**Senior Inspector Larry Wallace**          **Investigative Report, Page 12 of 14**

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant:<br>APD Officers | Docket / Report No.<br>013-1046493 |
|---|---|

At 4:43 p.m., APD Officer Rombough replied, "Yup and another faggot in the butt" and "2 for the day."

At 4:49 p.m., ▮▮▮▮ responded, "Nice babe."

At 7:21 p.m., APD Officer Rombough sent ▮▮▮▮ the following photo of Pugh:



At 7:25p.m., ▮▮▮▮ text, "Ouchie."

On 03/31/2021, at 3:10 p.m., APD Officer Rombough text United States Postal Inspector Francisco Garcia, ▮▮▮▮, "I 40d and field goal kicked one that fled from us on foot today."

At 3:11p.m., United States Postal Inspector Garcia responded, "🤣".

At 3:12p.m., APD Officer Rombough text, "Bro but my foot fucking hurts."

At 3:16p.m., APD Officer Rombough sent the following GIF:

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |



At 5:13 p.m., United States Postal Inspector Garcia asked, "Did you find any guns on any of them?"

At 5:21 p.m., APD Officer Rombough replied, "Sorry we were taking down a second murder suspect and he got 40d too."

At 5:58 p.m., United States Postal Inspector Garcia texted, "😂 … That 40 flag is coming along!! Murica!!"

**END OF REPORT**

---

**Senior Inspector Larry Wallace**                **Investigative Report, Page 14 of 14**