

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

cand.uscourts.gov

April 9, 2024

Carmela Caramagno
PO Box 1811
Lafayette, CA 94549

Subject: 4:24-cv-01774-KAW
Pugh v. City of Antioch

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

You may email a picture or scan of the completed form to 4Docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

Case Systems Administrator
4Docketing@cand.uscourts.gov

| Name | Address |
|---|---|
| THOMAS SMITH | Employed address: Antioch Police Department, 300 L Street, Antioch CA 94509 |
| SCOTT DUGGAR | Employed address: Antioch Police Department, 300 L Street, Antioch CA 94509 |
| | Tele to APD: (925) 779-6900 |

*This address is for these two defendants only*

REV. 10-20