1  CARMELA CARAMAGNO SBN 139279
   KAREN LANDAU SBN 128728
2  LAW OFFICES OF CARMELA CARAMAGNO
   P.O. Box 1811
3  Lafayette, CA 94549
   Telephone: (510) 525-1001
4

5  Attorneys for Plaintiff
   TERRYONN DESHANN PUGH
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11 TERRYONN DESHANN PUGH            CASE NO.: 3:24-cv-01774-VC
                                    Consolidated with: 3:23-cv-01895-VC
12         Plaintiff,
                                    [PROPOSED] ORDER DENYING
13 v.                               DEFENDANT RODRIGUEZ AND
                                    PRIETO'S MOTION TO DISMISS
14                                  COMPLAINT
   CITY OF ANTIOCH, a municipal
15 corporation; TAMMANY BROOKS,
   individually and in his official capacity   Date: August 27, 2024
16 as police chief for the CITY OF             Time: 10:00 a.m.
   ANTIOCH; TONY MOREFIELD,                    Ctrm: 4, 17th Fl
17 individually and in his official capacity   Judge: Hon. Vince Chhabria
   as interim police chief for the CITY OF
18 ANTIOCH; STEVEN
   FORD, individually and in his official      Complaint filed:  03/22/2024
19 capacity as police chief for the CITY       Consolidated:     06/28/2024
   OF ANTIOCH; MATTHEW NUTT,                   Trial Date:       None Yet Set
20 individually and in his official capacity
   as a police officer for the CITY OF
21 ANTIOCH; JOSH EVANS,
   individually and in his official capacity
22 as a police sergeant for the CITY OF
   ANTIOCH; ERIC ROMBOUGH,
23 individually and in his official capacity
   as a police officer for the CITY OF
24 ANTIOCH; MORTEZA AMIRI,
   individually and in his official capacity
25 as a police officer for the CITY OF
   ANTIOCH; SCOTT DUGGAR,
26 individually and in his official capacity

27 Plaintiff Pugh's Proposed Order Denying Defendant Rodriguez and Prieto's
   Motion to Dismiss *#3:24-cv-01774-VC*
28

| | |
|---|---|
| 1 | as a police officer for the CITY OF ANTIOCH; TIMOTHY MANLY |
| 2 | WILLIAMS, individually and in his official capacity as a police officer for |
| 3 | the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official |
| 4 | capacity as a police officer for the CITY OF ANTIOCH; CALVIN |
| 5 | PRIETO, individually and in his official capacity as a police officer for the |
| 6 | CITY OF ANTIOCH; ANDREA RODRIGUEZ, individually and in her |
| 7 | official capacity as a police officer for the CITY OF ANTIOCH; JONATHAN |
| 8 | ADAMS, individually and in his official capacity as a police officer for |
| 9 | the CITY OF ANTIOCH; ROBERT GERBER individually and in his |
| 10 | official capacity as a police officer for the CITY OF ANTIOCH; Officer |
| 11 | MARCOTTE, individually and in his official capacity as a police officer for |
| 12 | the CITY OF ANTIOCH; and DOES 1-100, inclusive, |
| 13 | |
| 14 | Defendants. |
| 15 | _____/ |

## [PROPOSED] ORDER

The motion to dismiss the Complaint by Defendants Andrea Rodriguez and Calvin Prieto came on regularly for hearing before this Court on August 27, 2024 at 10:00 a.m. Counsel for all parties participated in the hearing.

Upon reading and considering the moving papers, the opposition and reply filed thereto, all of the papers and records on file with the Court in this matter, and after oral argument, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss the First, Second, and Fifth causes of action is **DENIED.** Defendant's Motion to Dismiss Plaintiff's Third Cause of Action for Malicious Prosecution is **GRANTED** per plaintiff's concession. As to the 1st, 2nd, and 5th causes of action, Plaintiff alleges sufficient facts to support his legal

1  claims that the Defendants Rodriguez and Prieto violated Plaintiff's constitutional rights,
2  and has established that his claims against defendants Rodriguez and Prieto were filed
3  timely.

4  Dated: _____          _____
                                     Honorable VINCENT CHHABRIA
5                                    Judge of the United States District Court